UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WYDELL HUGHES

VERSUS

DIXIE ELECTRIC MEMBERSHIP
CORPORATION (DEMCO) AND/OR
DEMCO ENERGY SERVICES, INC.

CIVIL ACTION

NUMBER 08-496-FJP-DLD

**RULING**

This matter is before the Court on the defendant DEMCO'S motion for partial summary judgment on plaintiff's Title VII claims[1] which was filed on October 20, 2008. Because the plaintiff has failed to oppose this motion within 20 days as required by Local Rule 7.5M, the Court must assume that he has no opposition to this motion.[2] Furthermore, based on the evidence submitted with defendant's motion, the Court also finds that partial summary judgment should be granted as a matter of fact and law. The Court declines to exercise jurisdiction over the state law claims, and the state law claims are dismissed without prejudice.

IT IS SO ORDERED.

Baton Rouge, Louisiana, December 16, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1]Rec. Doc. No. 10.

[2]See Local Rule 7.5M, which requires "[e]ach respondent opposing a motion [to] file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 20 days after service of the motion."