UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WYDELL HUGHES

VERSUS

DIXIE ELECTRIC MEMBERSHIP
CORPORATION (DEMCO) AND/OR
DEMCO ENERGY SERVICES (DES),
INC.

CIVIL ACTION

NUMBER 08-496-FJP-DLD

**RULING**

This matter is before the Court on the defendant DES's motion for summary judgment[1] which was filed on October 20, 2008. Because the plaintiff has failed to oppose this motion within 20 days as required by Local Rule 7.5M, the Court must assume that he has no opposition to this motion.[2] Furthermore, based on the evidence submitted with defendant's motion, the Court also finds that summary judgment should be granted as a matter of fact and law.

Judgment shall be entered dismissing the federal claims with prejudice. The state law claims shall be dismissed without prejudice.

IT IS SO ORDERED.

Baton Rouge, Louisiana, December 16, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 9.

[2] *See* Local Rule 7.5M, which requires "[e]ach respondent opposing a motion [to] file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 20 days after service of the motion."