UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WYDELL HUGHES

VERSUS

DIXIE ELECTRIC MEMBERSHIP
CORPORATION (DEMCO) AND/OR
DEMCO ENERGY SERVICES (DES),
INC.

CIVIL ACTION

NUMBER 08-496-FJP-DLD

**JUDGMENT**

For written reasons assigned;

IT IS ORDERED that defendant DES' motion for summary judgment is granted. Judgment shall be entered dismissing the federal claims with prejudice and the state law claims are dismissed without prejudice.

IT IS FURTHER ORDERED that DEMCO's motion for partial summary judgment on plaintiff's Title VII claims is granted. Judgment shall be entered dismissing this federal claim with prejudice and the state law claims are dismissed without prejudice.

Baton Rouge, Louisiana, December 16, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45679